# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DAVID DADON, | No. CV 19-5023-JVW (AGR) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| RONALD D. SUGAR, et al., | |
| Defendant. | |

Plaintiff filed this pro se civil rights action on June 10, 2019. Pursuant to this Court's Order dated July 10, 2019, Plaintiff was advised that, under Federal Rule of Civil Procedure 4(m), service of the summons and complaint must be accomplished on each named defendant within 90 days after filing the complaint, and that the 90-day period would expire on October 8, 2019. The Court's Order expressly warned Plaintiff that "Non-compliance with this paragraph may result in issuance of an order to show cause re dismissal for failure to prosecute."

To date, no proofs of service have been filed and therefore it appears that no named defendants have been served. Accordingly, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 41-1,

IT IS ORDERED that, within thirty (30) days of the date of this Order, plaintiff shall show good cause, if there be any, why service was not made within the 90-day period and

why this case should not be dismissed without prejudice for failure to prosecute.  ***If plaintiff does not timely file such a declaration or if plaintiff fails to show good cause for failure to timely serve, the Court will recommend that the action be dismissed without prejudice for plaintiff's failure to prosecute or for failure to serve process.***  See Fed. R. Civ. P. 4(m); Local Rule 41-1; Link v. Wabash R.R., 370 U.S. 626, 629-30, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962).  Service of the complaint upon each named defendant shall be deemed compliance with this Order to Show Cause.

DATED: November 1, 2019

/s/ Alicia G. Rosenberg
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

2