UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DADON,<br><br>    Plaintiff,<br><br>v.<br><br>RONALD D. SUGAR, et al.,<br><br>    Defendant. | NO. CV 19-5023-JFW (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that the complaint is dismissed without prejudice for failure to serve process pursuant to Fed. R. Civ. P. 4(m).

DATED: February 25, 2020

                                              JOHN F. WALTER<br>
                                              United States District Judge