UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID DADON, | ) | NO. CV 19-5023-JFW (AGR) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| RONALD D. SUGAR, et al., | ) | |
| Defendant. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice for failure to serve process pursuant to Fed. R. Civ. P. 4(m).

DATED: February 25, 2020

JOHN F. WALTER
United States District Judge